AUGUST 30, 2000

No. 00–5971 (00A185). CALDWELL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred

to the Court, denied. Certiorari denied. JUSTICE O'CONNOR and JUSTICE THOMAS took no part in the consideration or decision of this application and this petition.